UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLINTON LAMONT LARRY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE ASKREN, ERIC ASKREN, AND JOHN DOE MEYERS<br><br>    Defendants. | NO. 4:14-cv-05102-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Before the Court is Magistrate Judge John T. Rodgers' April 16, 2015 Report and Recommendation, ECF No. 24, recommending that the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 22, be granted. No objections have been filed.

    After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and grants the Stipulated Motion to Dismiss with Prejudice.

    Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 24, is **ADOPTED** in its entirety.
2. Parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 22, is **GRANTED**.

//

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Plaintiff, and to Magistrate Judge John T. Rodgers, and **close the file**.

**DATED** this 15th day of May 2015.

Stanley A. Bastian
United States District Judge